## Eloise Tackett, by her Next Friend, Arthur Tackett, Appellant, v. Inland Steel Company et al., Appellees.

Jan. 16, 1940.

Wheeler & Wheeler for appellant.

J. Woodford Howard for appellee Inland Steel Co.

E. L. Allen for other appellee.

OPINION OF THE COURT BY JUDGE REES—Affirming.

This case grew out of the same accident involved in Arthur Tackett v. Inland Steel Company et al., 281 Ky. 313, 136 S. W. (2d) 25, and Rhuie Tackett v. Inland Steel Company et al., 281 Ky. 317, 136 S. W. (2d) 27, this day decided, and presents the same issues, and, on the authority of those cases, the judgment is affirmed.